**UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. CR02-439FDB |
| v. | ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PROBATION OFFICE |
| KEVIN VERNETT PALMER, | |
| Defendant. | |

**THIS MATTER comes on for hearing on the Petition of the United States Probation Office alleging defendant violated the conditions of supervision as set forth in said Petition.**

**The plaintiff appears through Special/Assistant United States Attorney, Roger Rogoff;**
**The defendant appears personally and represented by counsel, Peter Camiel;**

**The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation(s).**

**The defendant having acknowledged the right to a hearing on the merits, voluntarily waived that hearing, and acknowledged violating the following conditions of supervision:**

**1. Associating with a known felon, Douglas Cox, who was engaged in criminal activity, on or about July 1, 2008.**
**2. Committing the crime of Robbery in the 1st Degree on or about July 1, 2008.**
**3. Committing the crime of Attempting to Elude a Police Vehicle on or about July 1, 2008, in Seattle, King County, in the Western District of Washington.**
**4. Driving on a suspended license on or about July 1, 2008.**

**The court accepts defendant's admissions and schedules a disposition hearing at the time and date below set forth before Judge Franklin D. Burgess:**

*Date of hearing: September 2, 2009*

*Time of hearing: 9:30am*

**IT IS ORDERED that the defendant be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.**

**The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.**

**August 21, 2009.**

**s/Karen L. Strombom**
**Karen L. Strombom, U.S. Magistrate Judge**

ORDER
Page - 1